HARRY LEMBERGER, Appellant, *v.* SAM KANER et al., Respondents.

(Argued October 16, 1930; decided January 6, 1931).

*Harold S. Kohn* for appellant.
*Isador Goetz* and *Henry H. Spitz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.